UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRUCE TURNER, §<br>#00892273, §<br>　　　　Petitioner, §<br>§<br>v. §<br>§<br>UNITED STATES OF AMERICA, §<br>　　　　Respondent. §<br>§ | No. 3:23-cv-1166-B (BT) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated June 29, 2023, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 17th day of July, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE